**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Patrick Jay Jackson,  Civ. No. 16-437 (ADM/LIB)

          Plaintiff,

v.  **ORDER ADOPTING THE REPORT AND RECOMMENDATION**

Department of Veterans
Affairs, et al.,

          Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated March 17, 2016. Plaintiff Patrick Jay Jackson filed objections to that Report and Recommendation on April 7, 2016, after the 14-day period for filing objections had expired. Even if the Court were to consider Jackson's objections, none of Jackson's arguments change the Magistrate Judge's conclusion that Jackson would be unable to amend his Complaint to state a viable claim for relief. Therefore, based upon the Report and Recommendation of the Magistrate Judge, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**

    1.    The complaint is **DISMISSED WITH PREJUDICE**.

    2.    Jackson's application to proceed *in forma pauperis*, [Docket No. 2], is **DENIED**.

    3.    Jackson's Motion to Appoint Counsel, [Docket No. 3], is **DENIED** as moot.

    4.    Jackson's Motion to Reopen Disability Appeal, [Docket No. 3], is **DENIED** as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:


s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: April 11, 2016